# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

_____

JAVIER APONTE,                                                          CASE NO: 2:22-cv-04713-KM-MAH

        Plaintiff,

vs.

QUINTANA PSYCHIATRIC CARE LLC,
a New Jersey limited liability company,
d/b/a QUINTANA PSYCHIATRIC CARE,
and MMB 4 AVE, LLC, a New York
limited liability company,

        Defendants.
_____/

## NOTICE OF SETTLEMENT

      COME NOW, Plaintiff, JAVIER APONTE, and Defendants, QUINTANA PSYCHIATRIC CARE LLC, a New Jersey limited liability company, d/b/a QUINTANA PSYCHIATRIC CARE, and MMB 4 AVE, LLC, a New York limited liability company, by and through their respective undersigned counsel, hereby notify this Honorable Court that settlement has been reached in the above styled case among all parties. The settlement agreement has been drafted, and the parties shall file a Stipulation of Dismissal With Prejudice thereafter. Please cancel all upcoming events. Also, kindly issue a 60-day Order of Dismissal with Prejudice.

    Dated: This 11th day of April, 2023.

| | |
|---|---|
| By: _/S/ Rober J. Mirel_____ | By: _/S/ Thomas B. Slocum_____ |
|     Robert J. Mirel, Esq. |     Thomas B. Slocum, Esq. |
|     The Weitz Law Firm, P.A. |     Greenberg Dauber Epstein & Tucker PC |
|     18305 Biscayne Blvd., Suite 214 |     One Gateway Center, Suite 600 |
|     Aventura, FL 33160 |     Newark, NJ 07102 |
|     Telephone: (305) 949-7777 |     Telephone: (973) 643-3700 |
|     Email: RJM@weitzfirm.com |     Email: tslocum@greenbergdauber.com |
|     *Attorney for Plaintiff* |     *Attorney for Defendant,* |
| |     *Quintana Psychiatric Care LLC* |

By: _/S/ Elliot Hallak_____
    Elliot Hallak, Esq.
    Harris Beach PLLC
    677 Broadway, Suite 1101
    Albany, NY 12207
    Telephone: (518) 701-2748
    Email: ehallak@harrisbeach.com
    *Attorney for Defendant,*
    *MMB 4 AVE, LLC*